

DLA Piper **LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Douglas W. Mateyaschuk
douglas.mateyaschuk@dlapiper.com
T   212.335.4984
F   212.884.8455

November 30, 2017

**BY ECF**
The Honorable Robert M. Levy
United States Magistrate Judge
District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　Re:　*Sholom Goldstein, et al. v. Arab Bank, PLC*, **No. 16-CV-01681 (ILG) (RML)**

Dear Magistrate Judge Levy:

　　　　We represent Defendant Arab Bank plc and write on behalf of all parties in compliance with Your Honor's September 13, 2017 Order, requiring the submission of a joint status report by today's date.

　　　　Please be advised that subsequent to this Court's order staying this action "pending issuance of a decision by the Second Circuit Court of Appeals in *Linde v. Arab Bank, PLC*, 16-2119(L)," oral argument was held in *Linde* on May 16, 2017.  Following oral argument the *Linde* appeal remains *sub judice*.  There are no further updates to provide at this time.

　　　　The parties will immediately advise this Court once a decision is issued.

　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　**DLA Piper LLP (US)**

　　　　　　　　　　　　s/*Douglas W. Mateyaschuk*
　　　　　　　　　　　　Douglas W. Mateyaschuk
　　　　　　　　　　　　Partner
　　　　　　　　　　　　*Counsel for Defendant Arab Bank plc*

cc:
Michael R. Rudick
Herzfeld & Rubin, P.C.
125 Broad Street
New York, N.Y. 10004
Tel: 212-471-8500
*Counsel for Plaintiffs*