

**HERZFELD & RUBIN, P.C.**
ATTORNEYS AT LAW     125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

July 6, 2018

Brian T. Carr
Direct Line: (212) 471-8466
bcarr@herzfeld-rubin.com

**Via ECF**
The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Goldstein, et al. v. Arab Bank, PLC , 16-cv-01681(ILG)(RML)</u>

Dear Judge Glasser:

  We represent plaintiffs in the above referenced action and write pursuant to Your Honor's individual rule I.E. to request extension of the deadlines regarding defendant's motion to dismiss the Amended Complaint. Based on the original briefing schedule plaintiffs' opposition to the motion is due July 19, 2018 and defendant's reply is due August 8, 2018.

  We hereby request that plaintiffs' opposition now be due August 2, 2018 and defendant's reply be due on August 22, 2018. The parties have consented to these dates and there have been no prior requests for adjournment or extension of this motion.

  Thank you for your consideration.

Respectfully submitted,

Brian T. Carr (BC-2519)

*So Ordered*
*I. Leo Glasser*
*USDJ*
*7/9/18*

AFFILIATES

LIVINGSTON, NEW JERSEY   BUCHAREST, ROMANIA   LOS ANGELES, CALIFORNIA